FILED
02-17-2026
Clerk of Circuit Court
Waukesha County
2026CV000315

STATE OF WISCONSIN CIRCUIT COURT WAUKESHA COUNTY

**TIMOTHY O'LEARY**
N73W24933 Micah Road
Sussex, Wisconsin 53089

**CAROL O'LEARY**
N73W24933 Micah Road
Sussex, Wisconsin 53089

Plaintiffs,

Case No.:
PERSONAL INJURY-OTHER
Code No.: 30107
This claim exceeds $5,000.00.

**UNITEDHEALTHCARE INSURANCE COMPANY,**
a foreign company, c/o Registered Agent:
United Agent Group Inc.
301 S. Bedford Street, Suite 1
Madison, Wisconsin 53703

**WEC ENERGY GROUP CONSUMER-DRIVEN HEALTH PLAN,**
c/o Registered Agent: WEC Energy Group, Inc.
Attn: Corporate Secretary
231 W. Michigan Street
Milwaukee, Wisconsin 53203

Involuntary Plaintiffs,

v.

**COSTCO WHOLESALE CORPORATION,**
a foreign corporation, c/o Registered Agent:
CT Corporation System
301 S. Bedford Street, Suite 1
Madison, Wisconsin 53703

Defendant.

---

# SUMMONS

---

EXHIBIT A

THE STATE OF WISCONSIN

TO EACH PERSON NAMED ABOVE AS A DEFENDANT:

YOU ARE HEREBY NOTIFIED that the plaintiff(s) named above have filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action.

Within 45 days of receiving this Summons, you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint. The court may reject or disregard an answer that does not follow the requirement of the statutes. The answer must be sent or delivered to the court, whose address is Waukesha County Courthouse, 515 West Moreland Avenue, Waukesha, Wisconsin 53188, and to LINDNER LAW, LLC, plaintiff's attorneys, whose address is 648 North Plankinton Avenue, Suite 280, Milwaukee, Wisconsin 53203. You may have an attorney help or represent you.

If you do not provide a proper answer within 45 days, the court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future and may also be enforced by garnishment or seizure of property.

DATED at Milwaukee, Wisconsin this 17th day of February, 2026.

LINDNER LAW, LLC
Attorneys for Plaintiffs Timothy O'Leary and Carol O'Leary

By: ______________________
MILES G. LINDNER
State Bar No.: 1023087
KELLI N. FORD
State Bar No.: 1124347

P. O. ADDRESS:
648 N. Plankinton Ave., Suite 280
Milwaukee, Wisconsin 53203
(414) 271-5300 - FAX: (414) 271-7760
E-Mail: miles@lindnerlawllc.com
kelli@lindnerlawllc.com

FILED
02-17-2026
Clerk of Circuit Court
Waukesha County
2026CV000315

STATE OF WISCONSIN CIRCUIT COURT WAUKESHA COUNTY

**TIMOTHY O'LEARY**
N73W24933 Micah Road
Sussex, Wisconsin 53089

**CAROL O'LEARY**
N73W24933 Micah Road
Sussex, Wisconsin 53089

Plaintiffs,

**UNITEDHEALTHCARE INSURANCE COMPANY,**
a foreign company, c/o Registered Agent:
United Agent Group Inc.
301 S. Bedford Street, Suite 1
Madison, Wisconsin 53703

**WEC ENERGY GROUP CONSUMER-DRIVEN HEALTH PLAN,**
c/o Registered Agent: WEC Energy Group, Inc.
Attn: Corporate Secretary
231 W. Michigan Street
Milwaukee, Wisconsin 53203

Involuntary Plaintiffs,

v.

**COSTCO WHOLESALE CORPORATION,**
a foreign corporation, c/o Registered Agent:
CT Corporation System
301 S. Bedford Street, Suite 1
Madison, Wisconsin 53703

Defendant.

Case No.:
PERSONAL INJURY-OTHER
Code No.: 30107
This claim exceeds $5,000.00.

**COMPLAINT AND DEMAND FOR JURY**

NOW COME the above-named Plaintiffs TIMOTHY O'LEARY and CAROL O'LEARY, by their attorneys, LINDNER LAW, LLC, and as and for their causes of action against the above-named defendants, allege and show to the Court as follows:

**PARTIES**

1. That Plaintiff TIMOTHY O'LEARY (hereafter referred to as "TIMOTHY"), is an adult, residing at N73W24933 Micah Road, Sussex, Wisconsin.

2. That Plaintiff CAROL O'LEARY (hereafter referred to as "CAROL"), is an adult, residing at N73W24933 Micah Road, Sussex, Wisconsin.

3. That upon information and belief, Defendant COSTCO WHOLESALE CORPORATION (hereafter referred to as "COSTCO"), is a foreign corporation registered in the State of Washington, whose principal office is located at 999 Lake Drive, Issaquah, Washington 98027. Upon further information and belief, COSTCO owns, operates, and/or manages Costco Wholesale stores in the State of Wisconsin, and whose Registered Agent for purposes of service of process in the State of Wisconsin is CT Corporation System, 301 S. Bedford Street, Suite 1, Madison, Wisconsin 53703.

4. That at all times referred herein and prior thereto, COSTCO owned, operated, designed, built, managed, supervised, maintained, controlled, repaired, and/or cared for the Costco store located at 435/443 Pewaukee Road, Pewaukee, Wisconsin 53072.

5. That upon information and belief, Involuntary Plaintiff UNITEDHEALTHCARE INSURANCE COMPANY (hereinafter referred to as "UHC") is a domestic corporation, whose Registered Agent and address for purposes of service of process is United Agent Group Inc., 301 S. Bedford Street, Suite 1, Madison, Wisconsin

53703. Further, that UHC alleges to have paid medical benefits on behalf of TIMOTHY pursuant to a Medicare Advantage policy for the injuries he sustained in the incident hereafter described, and that as a result of said payments, UHC may have a subrogated interest in this action, and is therefore a proper party herein pursuant to the laws of the State of Wisconsin.

6. That upon information and belief, Involuntary Plaintiff, WEC ENERGY GROUP CONSUMER-DRIVEN HEALTH PLAN (hereafter referred to as "WEC ENERGY"), is a self-insured medical benefits plan, whose Registered Agent and address for purposes of service of process is WEC Energy Group, Inc., Attn: Corporate Secretary, 231 W. Michigan Street, Milwaukee, Wisconsin 53203. Further, that WEC ENERGY alleges to have paid medical benefits on behalf of TIMOTHY for the injuries he sustained in the incident hereafter described, and that as a result of said payments, WEC ENERGY may have a subrogated interest in this action and is therefore a proper party herein pursuant to the laws of the State of Wisconsin.

**FACTS**

7. At all times material hereto, Plaintiff TIMOTHY was a public frequenter of the Costco Wholesale store in Pewaukee located at 435/443 Pewaukee Road, Pewaukee, Wisconsin.

8. That on or about March 26, 2024, TIMOTHY was leaving the Costco Wholesale store in Pewaukee by use of the main entrance garage doors to head to his car.

9. That as he was leaving, he was caused to trip and fall due to a protruding and camouflaged concrete abutment in the walkway, causing him to fall down and suffer the injuries stated more fully below.

10. That on, and for some time prior to Plaintiff's fall, COSTCO, its employees, agents, and/or servants had actual and/or constructive knowledge of the unreasonably dangerous and hazardous condition for customers/frequenters caused by the protruding and camouflaged concrete abutment.

**FIRST CAUSE OF ACTION: NEGLIGENCE**

11. That Plaintiff TIMOTHY realleges and incorporates herein by reference Paragraphs One through Ten above as if fully set forth herein.

12. That COSTCO, as owners, operators, and/or managers of the Costco Wholesale store, and/or their servants, agents, and/or employees, negligently breached their duty of ordinary care to TIMOTHY, including, but not limited to, the following actions and/or inactions:

a. Negligently failed to provide a safe entrance and exit for customers/frequenters;

b. Negligently failed to highlight, mark, or otherwise warn customers/frequenters of the protruding concrete;

c. Negligently created, maintained and/or caused a dangerous condition to exist;

d. Negligently failed to remedy known hazards on the property to ensure that the store was safe for customers;

e. Negligently built the store with dangerous protruding tripping hazards;

13. That as a direct and proximate cause of the above negligence on the part of COSTCO, and/or their servants, agents and/or employees, TIMOTHY sustained

injuries to his body and has suffered emotional distress; that he has suffered pain and may continue to suffer pain for an indefinite time in the future; that he was required to seek medical attention and expend large sums of money for same; that he may be required to seek additional and continued medical attention in the future and to expend large sums of money for same; that he sustained permanent scarring; and that he was unable to engage in his normal activities for a period of time and may continue to be so restricted, all to his damage.

**SECOND CAUSE OF ACTION:**
**SAFE PLACE VIOLATION**

14. That Plaintiff TIMOTHY realleges and incorporates herein by reference Paragraphs One through Thirteen above, as if fully set forth herein.

15. That at all times material hereto, COSTCO was an employer and/or owner of a public building as defined by Chapter 101 of the Wisconsin Statutes, and as such employer and/or owner of a public building, it was COSTCO's duty to keep said place of employment and public building where TIMOTHY tripped, fell, and was injured, safe for frequenters, one of whom was TIMOTHY, and to use such methods and procedures to render such place of employment and public building safe, and to do everything reasonably necessary to protect the health, safety, and welfare of frequenters of such place of employment and public building pursuant to the provisions of Chapter 101 of the Wisconsin Statutes.

16. That COSTCO's duties set forth above under the safe place statute are non-delegable.

17. That on and prior to March 26, 2024, prior to TIMOTHY's trip and fall, COSTCO and/or its servants, agents and/or employees had actual or constructive notice

of the dangerous, camouflaged, and protruding concrete abutment near the entrance/exit doors where TIMOTHY fell, and the hazard it posed to frequenters of the Costco Wholesale store in Pewaukee.

18. That COSTCO, their servants, agents and/or employees, breached their duty to maintain a safe premises for frequenters, one of whom was TIMOTHY, at and prior to the incident set forth above, and that said safe place violation and failure to maintain its premises as safe as the nature of the premises reasonably permits caused TIMOTHY to trip and fall, directly resulting in his suffering the personal injuries and damages set forth above.

WHEREFORE, Plaintiff TIMOTHY demands judgment against the above-named defendants in the following forms: for compensatory damages as the Court may deem just and equitable, together with the costs and disbursements of this action, reasonable attorneys' fees associated with this action, a determination of the nature and extent of the interest, if any, of Involuntary Plaintiffs UHC and WEC ENERGY or a judgment of dismissal against UHC and/or WEC ENERGY in the event of its failure to appear or participate in this action to the extent required and allowed by law, and any further relief the Court may deem just and equitable.

**THIRD CAUSE OF ACTION: CAROL V. COSTCO (LOSS OF SOCIETY AND COMPANIONSHIP)**

19. That Plaintiff CAROL realleges and incorporates herein by reference Paragraphs One through Eighteen above as if fully set forth herein.

20. That Plaintiff CAROL has suffered and may continue to suffer the loss of the aid, association, companionship of her spouse, TIMOTHY, and other damages, as a

direct and proximate result of the negligence and safe place violations of COSTCO, its employees, servants, and/or agents, as set forth above.

WHEREFORE, Plaintiff CAROL demands judgment against the defendant, COSTCO, in the following forms: for compensatory damages as the Court may deem just and equitable, together with the costs and disbursements of this action, reasonable attorneys' fees associated with this action, and any further relief the Court may deem just and equitable.

**JURY DEMAND**

PLEASE TAKE NOTICE that the plaintiffs in the above-entitled action hereby demand a trial by jury.

DATED at Milwaukee, Wisconsin this 17th day of February, 2026.

LINDNER LAW, LLC
Attorneys for Plaintiffs Timothy O'Leary and Carol O'Leary

By: ______________________
MILES G. LINDNER
State Bar No.: 1023087
KELLI N. FORD
State Bar No.: 1124347

P. O. ADDRESS:
648 N. Plankinton Ave., Suite 280
Milwaukee, Wisconsin 53203
(414) 271-5300 - FAX: (414) 271-7760
E-Mail: miles@lindnerlawllc.com
kelli@lindnerlawllc.com